# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KUSUMAKAR SOODA & BHAKTI &ast;
SOODA &ast;
&ast;
  Plaintiffs &ast;
&ast;
V. &ast;    NO: 4:13CV00570  SWW
&ast;
MOHAMMAD A. LONE, SHAHLLA &ast;
A. LONE, SOHAIL CHEEMA, &ast;
SAMIMA CHEEMA, S&A PAK, INC.,
and LONE'S JACKSONVILLE, INC.

  Defendants

## ORDER

  Before the Court is Plaintiffs' motion to dismiss this case with prejudice pursuant to

settlement by the parties (ECF No. 32).  The motion is GRANTED, and this action is

DISMISSED WITH PREJUDICE.

  IT IS SO ORDERED THIS 9TH DAY OF JUNE, 2014.


      /s/Susan Webber Wright

      UNITED STATES DISTRICT JUDGE